UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JP MORGAN CHASE BANK, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>MARGARET ANN WORRELL, et al.,<br><br>　　　　Defendants. | Case No.  14-cv-03999-BLF<br><br>**ORDER REMANDING CASE** |

On September 15, 2014, this Court denied, without prejudice, the Application to Proceed *In Forma Pauperis* ("IFP") filed by *pro se* defendant Margaret Ann Worrell and ordered both defendants, Margaret Ann Worrell and John C. Worrell, to file completed IFP applications and an amended Notice of Removal by September 29, 2014.  Order, ECF 4.  The Court notified Defendants that failure to comply with the Order would result in automatic remand. *Id.* at 3.  As Defendants have failed to submit anything in response to the Court's Order, IT IS HEREBY ORDERED THAT:

1. Defendant Margaret Ann Worrell's IFP Application is DENIED with prejudice;
2. The present action shall be remanded back to the Superior Court of California for the County of Santa Clara.

**IT IS SO ORDERED.**

Dated: October 30, 2014

_____
BETH LABSON FREEMAN
United States District Judge